UNITED STATES DISTRICT COURT                    **SEND**
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.: CV 02-09889PA (CTx)                    Date: January 9, 2003

Title:  Securities and Exchange Commission v. Leon Jordan, II, et al.

---

**PRESENT:  HONORABLE PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **C. Kevin Reddick** | **Hope Goldsmith** |
| **Deputy Clerk** | **Court Reporter** |

**Attorneys Present for Plaintiff:**        **Attorneys Present for Defendants:**
Kenneth Guido                              Michael Fitzgerald
Jo Mettenburg                              Ken White
Derek Meisner                              Peter Scalisi

---

**PROCEEDINGS:**          OSC RE PRELIMINARY INJUNCTION

Order to Show Cause regarding Preliminary Injunction held. Court and counsel discuss the terms and conditions of the preliminary injunction. A preliminary injunction, with some modifications, is entered against the defendants. The attorney for defendant Jordan shall provide a budget in connection with the defendant's request that freeze order be modified to permit defendant Jordan to pay his attorneys until the next status conference. The budget shall include, but not be limited to, the name, qualifications, hourly rate and description of the tasks that each fee earner assigned to work on the matter is to perform as well as the nature of the work to be done between now and the next status conference. Upon submission of the budget, the matter will be deemed submitted.

Defendant Jordan's request unfreeze his accounts to permit a refund for one of the participants is denied without prejudice. The relief defendant's request for the matter to remain under seal is denied. The Court orders that defendant Jordan will be allowed living expenses for one (1) month in the amount of $3,800.00. The attorney for defendant Jordan shall prepare an order. A further status conference is calendared for February 6, 2003, at 2:30 p.m.

IT IS SO ORDERED.



ENTER ON ICMS

JAN 14 2003