```
MICHAEL W. FITZGERALD (State Bar No. 127164)
CORBIN & FITZGERALD LLP
601 West Fifth Street, Suite 1150
Los Angeles, California 90071-2024
Telephone:  (213) 612-0001
Facsimile:  (213) 612-0061

Attorneys for Defendants
Raymond Brown and Ray Brown & Associates
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 30 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority  ___
Send      _X_
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEON JORDAN II, JORDAN HOLDINGS, JORDAN ENTERPRISES, LLC, RAY BROWN & ASSOCIATES, and RAYMOND BROWN,<br><br>　　　　Defendants,<br><br>SHEILA S. JORDAN,<br><br>　　　　Relief Defendant. | NO. CV 02-9889 PA (CTx)<br><br>STIPULATION RE DEPOSIT BY DEFENDANTS RAYMOND BROWN AND RAY BROWN & ASSOCIATES; [PROPOSED] ORDER |

WHEREAS, in the stipulated preliminary injunction, defendant Raymond Brown agreed to deposit $77,500 into a frozen bank account within twelve business days of the date of the preliminary injunction, which is January 28, 2003; and

WHEREAS, the parties contemplated that Mr. Brown would obtain a mortgage on his personal residence in order to make this payment; and

WHEREAS, the closing on the mortgage will occur on January 27, 2003, but the funds will then be held for three business days;



ENTER ON ICMS
FEB -3 2003

LODGED
2003 JAN 29 AM 10:03

1  IT IS HEREBY STIPULATED by and between the parties, by and through
2  their respective attorneys of record, that defendant Ray Brown shall, on before
3  February 3, 2003, deposit $77,500 into bank account no. 792063071 at Hibernia
4  National Bank, New Orleans, Louisiana.

5  Dated: January 27, 2003.

6  Respectfully submitted,

7  CORBIN & FITZGERALD LLP

Kenneth J. Guido
Assistant Chief Litigation Counsel
Attorney for Plaintiff
Securities and Exchange Commission

By: _____
Michael W. Fitzgerald
Attorneys for Defendants Ray Brown
& Associates and Raymond Brown

**ORDER**

IT IS SO ORDERED.

Dated: January 29, 2003.

_____
HONORABLE PERCY ANDERSON
United States District Judge

- 2 -

1   IT IS HEREBY STIPULATED by and between the parties, by and through
2   their respective attorneys of record, that defendant Ray Brown shall, on before
3   February 3, 2003, deposit $77,500 into bank account no. 792063071 at Hibernia
4   National Bank, New Orleans, Louisiana.
5   Dated: January 28, 2003.

6                                   Respectfully submitted,
7                                   CORBIN & FITZGERALD LLP
8
9   ~~Kenneth J. Guido~~  Jo E. Hettedrey       By: _____
    ~~Assistant Chief Litigation Counsel~~              Michael W. Fitzgerald
10  Attorney for Plaintiff                      Attorneys for Defendants Ray Brown
    Securities and Exchange Commission          & Associates and Raymond Brown
11

12                              **ORDER**
13  IT IS SO ORDERED.
14  Dated: January ___, 2003.
15
16
                                    _____
17                                  HONORABLE PERCY ANDERSON
                                    United States District Judge

-2-

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA      )
                         )ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 601 West Fifth Street, Suite 1150, Los Angeles, California 90071-2025.

On January 29, 2003, I served the foregoing document described a **STIPULATION RE DEPOSIT BY DEFENDANTS RAYMOND BROWN AND RAY BROWN & ASSOCIATES; [PROPOSED] ORDER** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Kenneth J. Guido, Esq.
Securities and Exchange Commission
450 Fifth Street, N.W.
Washington, D.C. 20549-0911
(202) 942-7933 Telephone
(202) 942-9581 Facsimile

[XX]  Via U.S. Mail  I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  Via Facsimile  I am familiar with the office practice of Corbin & Fitzgerald, LLP for collecting, processing and transmitting facsimile. Under that practice, I faxed the above-described document to the facsimile number referenced above. The facsimile of the above-described document was transmitted to the following parties from Los Angeles, California on December 9, 2002, at the times noted on the attached confirmation sheet.

Executed on January 29, 2003, at Los Angeles, California.

[ ]  (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[XX]  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Sandra Vaughn_
Sandra Vaughn