1  MICHAEL W. FITZGERALD (State Bar No. 127164)
   CORBIN & FITZGERALD LLP
2  601 West Fifth Street, Suite 1150
   Los Angeles, California 90071-2024
3  Telephone:  (213) 612-0001
   Facsimile:   (213) 612-0061
4
   Attorneys for Defendants
5  Raymond Brown and Ray Brown & Associates

6

7

8

9

10

11  SECURITIES AND EXCHANGE          )   NO. CV 02-9889 PA (CTx)
    COMMISSION,                      )
12                                   )   STIPULATION RE RELEASE OF
              Plaintiff,             )   FREEZE ORDER; [PROPOSED]
13                                   )   ORDER
        vs.                          )
14                                   )
    LEON JORDAN II,                  )
15  JORDAN HOLDINGS,                 )
    JORDAN ENTERPRISES, LLC,         )
16  RAY BROWN & ASSOCIATES, and      )
    RAYMOND BROWN,                   )
17                                   )
              Defendants,            )
18                                   )
    SHEILA S. JORDAN,                )
19                                   )
              Relief Defendant.      )
20                                   )
    ─────────────────────────────

21

22      WHEREAS, in the stipulated preliminary injunction, defendant Raymond

23  Brown agreed to deposit $77,500 into a frozen bank account; and

24      WHEREAS, defendant Raymond Brown needs access to those funds to

25  satisfy the stipulated final judgment in this case, specifically by providing to the

26  Clerk two checks, copies of which are attached hereto; and

27      WHEREAS, the stipulated preliminary injunction is no longer in effect after

28  entry of the stipulated final judgment,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

Send

FILED
CLERK, U.S. DISTRICT COURT
FEB 3 - 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

SCANNED

LODGED
2004 FEB -2  PM 2:47
CLERK U.S. DIST. CT.
CENTRAL DIST. OF CALIF.
LOS ANGELES

DOCKETED ON CM
FEB - 5 2004
BY              007

49

WHEREAS, in the stipulated final judgment, defendant Brown is ordered to pay the total sum of $102,611.69, representing disgorgement in the amount of $75,000, pre-judgment interest on that sum in the amount of $2,611.69, and a civil penalty in the amount of $25,000,

IT IS HEREBY STIPULATED that the freeze order and other conditions or liens contained in the stipulated preliminary injunction are no longer in effect; and

IT IS HEREBY FURTHER STIPULATED that Hibernia National Bank Account no. 792063071 is no longer frozen; and

IT IS HEREBY FURTHER STIPULATED that any *lis pendens* filed on any property of defendant Raymond Brown may be lifted.

Dated: February 2, 2004.

Respectfully submitted,

CORBIN & FITZGERALD LLP

Kenneth C. Guido
Assistant Chief Litigation Counsel
Attorney for Plaintiff
Securities and Exchange Commission

By: _____
Michael W. Fitzgerald
Attorneys for Defendants Ray Brown
& Associates and Raymond Brown

## **O R D E R**

IT IS SO ORDERED.

Dated: February 3, 2004.

_____
HONORABLE PERCY ANDERSON
United States District Judge

1        WHEREAS, in the stipulated final judgment, defendant Brown is ordered

2 to pay the total sum of $102,611.69, representing disgorgement in the amount of

3 $75,000, pre-judgment interest on that sum in the amount of $2,611.69, and a civil

4 penalty in the amount of $25,000,

5        IT IS HEREBY STIPULATED that the freeze order and other conditions or

6 liens contained in the stipulated preliminary injunction are no longer in effect; and

7        IT IS HEREBY FURTHER STIPULATED that Hibernia National Bank

8 Account no. 792063071 is no longer frozen; and

9        IT IS HEREBY FURTHER STIPULATED that any *lis pendens* filed on any

10 property of defendant Raymond Brown may be lifted.

11        Dated: February 2, 2004.

12                     Respectfully submitted,

13                     CORBIN & FITZGERALD LLP

14

15 Kenneth J. Guido           By: _____

   Assistant Chief Litigation Counsel       Michael W. Fitzgerald

16 Attorney for Plaintiff           Attorneys for Defendants Ray Brown

   Securities and Exchange Commission   & Associates and Raymond Brown

17

18                      **O R D E R**

19        IT IS SO ORDERED.

20        Dated: February ___, 2004.

21

22                     HONORABLE PERCY ANDERSON

23                     United States District Judge

24

25

26

27

28

SCANNED



**CITY LIFE AND CASUALTY L**
DRAWER 729  PH (225) 294-2206
SPRINGFIELD, LA 70462

HIBERNIA NATIONAL BANK
BATON ROUGE, LA 70808
84-14/654

4390

1/26/2004

PAY TO THE ORDER OF   United States District Court                                      $ **6,134.29

Six Thousand One Hundred Thirty-Four and 29/100************************************************ DOLLARS

United States District Court

MEMO   SEC v. Leon Jordan, et al-Ray Brown Settlement

⑈004390⑈ ⑆065400140⑆79  20⑈6306  3⑈

---

**RAY BROWN & ASSOCIATES**
DRAWER 729  PH (225) 294-2206
SPRINGFIELD, LA 70462

HIBERNIA NATIONAL BANK
BATON ROUGE, LA
14-9/650

112498

1/26/2004

PAY TO THE ORDER OF   United States District Court                                      $ **88,000.00

Eighty-Eight Thousand and 00/100*************************************************************** DOLLARS

United States District Court

MEMO   SEC v. Leon Jordan et al-Ray Brown Settlement

⑈112498⑈ ⑆0650000900⑆79  20⑈6307  1⑈

EX. A  P. 3

1                   **PROOF OF SERVICE BY MAIL**

2 STATE OF CALIFORNIA         )
                                  )ss.

3 COUNTY OF LOS ANGELES   )

4        I am employed in the County of Los Angeles, State of California. I am over the age of

5 18 and not a party to the within action; my business address is 601 West Fifth Street, Suite 1150, Los Angeles, California 90071-2025.

6        On February 2, 2004, I served the foregoing document described a **STIPULATION RE: RELEASE OF FREEZE ORDER; [PROPOSED] ORDER** on the interested parties in this

7 action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

8 Kenneth J. Guido, Esq.                  Leon Jordan II
Securities and Exchange Commission    Sheila S. Jordan

9 450 Fifth Street, N.W.              10555 Greenacre Drive
Washington, D.C. 20549-0911        Rancho Cucamonga, CA 91730

10 (202) 942-7933 Telephone          (909) 945-3668
(202) 942-9581 Facsimile

11

12 [XX]   Via U.S. Mail  I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar"

13                   with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the

14                   ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

15

16 [ ]   Via Facsimile  I am familiar with the office practice of Corbin & Fitzgerald, LLP for collecting, processing and transmitting facsimile. Under that practice, I

17                   faxed the above-described document to the facsimile number referenced above. The facsimile of the above-described document was transmitted to the following parties from Los Angeles, California on December 9, 2002,

18                   at the times noted on the attached confirmation sheet.

19        Executed on February 2, 2004, at Los Angeles, California.

20 [ ]   (State)      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

21

22 [XX]  (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

23

24                                Sandra Vaughn

25

26

27

28