Leon Jordan, II (IN PRO PER)
Sheila S. Jordan, (IN PRO PER)
Jordan Enterprises, LLC,
Jordan Holdings, LLC
10555 Greenacre Drive
Rancho Cucamonga, CA 91730
Telephone: (909) 945-3668



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff,

LEON JORDAN II,
JORDAN ENTERPRISES, LLC,
JORDAN HOLDINGS, LLC,
RAYMOND BROWN, AND
RAY BROWN & ASSOCIATES,
    Defendants,

And

SHEILA S. JORDAN
    Relief Defendant.

Case No.: CV. 02-9889 PA (CTx)

EXTENSION OF ASSET TITLE TRANSFER DATE REGARDING: CONSENT JUDGMENT OF DEFENDANTS LEON JORDAN, II, JORDAN ENTERPRISES, LLC, AND JORDAN HOLDINGS, LLC, AND RELIEF DEFENDANT SHEILA S. JORDAN

    A Consent Judgment by and between the Securities and Exchange Commission and Defendants Leon Jordan, II; Jordan Enterprises, LLC; Jordan Holdings, LLC; and Relief Defendant Sheila S. Jordan was ordered, adjudged, and decreed by this Court on January 14, 2004.

Defendants have consented to the entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment.

-1-

CC: Fiscal

50

## I.

### REQUEST FOR EXTENSION OF TIME TO TRANSFER TITLE TO PROPERTY TO COURT CLERK ON OR BEFORE MARCH 14, 2004

Defendants were ordered, as partial payment of the financial obligations under the Court's order to cause title of the following properties to be transferred to the Clerk of the Court within thirty (30) days, or such other date as the Court may order as of January 14, 2004. Presently defendants are required to transfer and surrender assets on February 14, 2004 as follows:

(a) Real Property located at 10555 Greenacre Drive, Rancho Cucamonga, California 91730;

(b) 2002 Cadillac registered to Sheila S. Jordan in the State of California, VIN number 1GYEK63N92R285462; California license plate number 4YPA54G; and

(c) The amount of money contained in bank accounts frozen pursuant to this Court's Order of March 6, 2003, presently, approximately $120,000.

## II.

### BASIS FOR EXTENSION REQUEST

Defendants have suffered a severe financial hardship due to their assets being frozen and the non-transfer policy with respect to Defendants acquiring funds. Consequently, Defendants ability to acquire Counsel to effectuate the Courts order has been delayed. Defendants respectfully request a thirty (30) day extension, until March 14, 2004 to be granted to transfer title to assets as follows:

(a) Defendant's family has recently acquired Counsel for defendants and Defendants Counsel has informed Defendants that they shall transfer assets pursuant to the Courts order on or before March 14, 2004;

(b) Defendant's family has secured a moving company and Defendants are scheduled to move from their residence at 10555 Greenacre Drive, Rancho Cucamonga, California on or before March 14, 2004.

Therefore, Defendants shall have completed their legal and physical transfer of all assets that are the subject of this Court's order pursuant to Defendants thirty (30) day request on or before March 14, 2004. Defendants shall not request any additional extensions.

IT IS HEREBY ORDERED that defendants shall be granted a thirty (30) day extension of time to transfer title pursuant to the courts original order dated January 14, 2004, which transfers title to the properties mentioned herein. The court shall grant a thirty (30) day extension up until March 14, 2004 with no further extensions.

Dated this 12th day of February 2004.

*/s/ Percy Anderson*

The Honorable Percy Anderson
United States District Judge

Presented by:

*/s/ Leon Jordan II*

Leon Jordan II (IN PRO PER)
On Behalf of Jordan Enterprises, LLC
and Jordan Holdings, LLC
(Defendant)

Date: February 12, 2004

*/s/ Sheila S. Jordan*

Sheila S. Jordan, (IN PRO PER)
(Relief Defendant)

Date: February 12, 2004