SEND 

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEON JORDAN II, JORDAN ENTERPRISES, LLC, JORDAN HOLDINGS, LLC, RAYMOND BROWN, and RAY BROWN & ASSOCIATES,<br><br>　　　　Defendants,<br><br>and<br><br>SHEILA S. JORDAN,<br><br>　　　　Relief Defendant. | Case No. CV 02-9889 PA (CTx)<br><br>ORDER APPROVING BROKER LISTING AGREEMENT AND AUTHORIZING DISTRIBUTION AGENT TO SELL REAL AND PERSONAL PROPERTY<br><br> |

　　　Before the Court is the Distribution Agent's motion for an order approving a real estate broker listing agreement, authorizing the Distribution Agent to sell and convey title to real and personal property, and for other relief. No opposition has been filed.

　　　The Court having considered the Distribution Agent's declaration and points and authorities in support of his motion, and good cause appearing therefor,

1    **IT IS ORDERED, ADJUDGED AND DECREED:**

2    1.    <u>BROKER LISTING AND AUTHORITY TO SELL REAL PROPERTY</u>: The proposed Exclusive Listing and Right to Sell agreement between the Distribution Agent, Richard Weissman, and Coldwell Banker Residential Brokerage ("Broker"), with a six percent (6%) commission rate, is approved as set forth under exhibits A and B to the Distribution Agent's motion. The Distribution Agent is authorized to deliver said agreement to the Broker and to perform the terms and conditions thereof, subject to the following additional terms:

    A.    <u>Authority to Sell and Convey Title</u>: Distribution Agent is authorized on behalf of this Court to sell and convey title to the improved real property of defendants Leon Jordan II and Sheila S. Jordan commonly described as follows:

> Single family residence located at 10555 Greenacre Drive, Rancho Cucamonga, County of San Bernardino, state of California, Assessor Parcel No. 1077-142-09.

    B.    <u>Listing Term</u>: The initial listing term shall be ninety (90) days. Distribution Agent may extend the listing up to an additional ninety (90) days, in his discretion.

    C.    <u>Listing Price</u>: The Court finds that based on the comparable sales data of houses in the immediate geographical area of the subject real property (exhibit D to the Distribution Agent's motion) the initial listing price may be in the range of $395,000.00 to $415,000.00, to be selected by the Distribution Agent, in his discretion. Distribution Agent is further authorized to adjust the listing price during the initial and any extended listing term to such price as the market circumstances may then warrant.

    D.    <u>Court Confirmation of Sale</u>: The sale of the real property is subject to Court review and confirmation. The Court will entertain overbids at said hearing. The overbid procedure will be determined at the time of hearing.

2.    <u>AUTHORITY TO SELL PERSONAL PROPERTY</u>: Distribution Agent is authorized to sell and transfer title to the personal automobile of said defendants, at such

revised 04/1/03

1  price as he determines reasonable, and to cause minor cosmetic and functional repairs and
2  replacements thereon based on the attendant circumstances of the condition and age thereof,
3  without further Court review and Order therefor.   Said vehicle is described as follows:
4      2002 Cadillac Escalade, California License no. 4YPA546,
5      vehicle identification no. 1GYEK63N92R85462.
6     3.   NOTICE OF MOTION TO CONFIRM REAL PROPERTY SALE: A motion
7  to confirm the sale of the real property shall be upon twenty-one (21) calendar days' written
8  notice. However, pursuant to Local Rule 7-19 of the Local Rules of Practice for the United
9  States District Court for the Central District of California, the Distribution Agent may file an
10 ex parte application for an order shortening time to have the motion heard.
11
12     IT IS SO ORDERED.
13 Dated: March 17, 2005
14
15                                       Percy Anderson
                               UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

revised 04/1/03